AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

UMB BANK, NATIONAL ASSOCIATION

*Plaintiff*

v.

ELIZABETH RICHARDSON, CHARLES WILLIAMS, JAMES RICHARDSON, AND MELISSA L'ITALIEN

*Defendant*

Civil Action No. 1:20-cv-00358

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles Williams
445 S Ash Street
Kountze, TX 77625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark D. Cronenwett and Samin Hessami
14160 North Dallas Parkqy, Suite 900
Dallas, TX 75254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT * EASTERN DISTRICT OF TEXAS *

*CLERK OF COURT*

Date: **8/28/20**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-00358

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

RETURN / AFFIDAVIT
PROOF / ATTACHED

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:
.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

RETURN / AFFIDAVIT
PROOF / ATTACHED

Date: ______________ ______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

CAUSE NO. 1:20-CV-00358

| | | |
|---|---|---|
| UMB BANK NATIONAL ASSOCIATION | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| ELIZABETH RICHARDSON, CHARLES WILLIAMS, JAMES RICHARDSON AND MELISSA L'ITALIEN | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS |

## RETURN OF SERVICE

"The following came to hand on **Aug 31, 2020, 3:06 pm**,

**SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT, EXHIBITS A-E,**

and was executed at **445 S Ash St, Kountze, TX 77625** within the county of **HARDIN** at **06:46 PM** on **Tue, Sep 01 2020**, by delivering a true copy to the within named

**CHARLES WILLIAMS**

in person, having first endorsed the date of delivery on same.

My name is **Jerilee Whitmire**, my date of birth is **6/XX/65**, and my address is **2089 HARPER LN, KOUNTZE, TX 77625, United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **HARDIN** County, State of **TX**, on **September 02, 2020**.

Jerilee Whitmire (Sep 2, 2020 10:03 CDT)

Certification Number: PSC-14807 EXP:05/31/2022